**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ALAIN LEON-TOLEDO, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Case No.  SA-26-CA-02293-XR |
| | § | |
| MARKWAYNE MULLIN, SECRETARY, | § | |
| OF THE UNITED STATES | § | |
| DEPARTMENT OF HOMELAND | § | |
| SECURITY; SIRCE OWEN, ACTING | § | |
| DIRECTOR OF EXECUTIVE OFFICE | § | |
| FOR IMMIGRATION REVIEW; AND | § | |
| WARDEN, RIO GRANDE PROCESSING | § | |
| CENTER; | § | |
| *Defendant* | § | |

**TRANSFER ORDER**

Petitioner brought this habeas petition under 28 U.S.C. § 2241 to challenge his detention at the Rio Grande Processing Center in Loredo, Texas. ECF No.  1-2 at 20; ECF No. 1.  The Rio Grande Processing Center is in Webb County, which is in the Southern District of Texas.  *See Laredo Division*, U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, https://www.txs.uscourts.gov/offices/laredo-division (listing Webb County).

"The plain language of the habeas statute . . . confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement."  *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004).  Section 2241 habeas petitions "must be filed in the division that include the county in which the petitioner is in custody."  W.D. Tex. Local Rule CV-3(b).

Petitioner is confined in the Southern District of Texas, so the Court will transfer this case there in the interest of justice.  *See* 28 U.S.C. § 1407 ("The district court of a district in which is

filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

It is therefore **ORDERED** that the Clerk of the Court shall **TRANSFER** this case to the United States District Court for the Southern District of Texas, Laredo Division.

It is so **ORDERED**.

**SIGNED** this 8th day of April, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE